N.Y.S.D. Case #
11-cv-7512(HB)

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of February, two thousand and thirteen,

_____

Armin Augstein,

Plaintiff - Appellee,

v.

Anthony Ryan Leslie, AKA Ryan Leslie, NextSelection, Inc.,

Defendants - Appellants.

_____

ORDER
Docket Number: 12-5119

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 06, 2013

A notice of appeal was filed on December 27, 2012. Appellant's Forms C & D, were due January 2, 2013. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective **February 19, 2013** if the forms are not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/06/2013